Filed 8/1/18 by Clerk of Supreme Court

IN THE SUPREME COURT

STATE OF NORTH DAKOTA

2018 ND 191

In the Interest of M.S.H., a child

Grand Forks County Social Services, Petitioner and Appellee

v.

M.S.H., a child, C.H., Sr., father, Respondents

and

F.R.O., mother, Respondent and Appellant

No. 20180172

In the Interest of C.H.H., a child

Grand Forks County Social Services, Petitioner and Appellee

v.

C.H.H., Jr., a child, C.H., Sr., father, Respondents

and

F.R.O., mother, Respondent and Appellant

No. 20180173

In the Interest of A.R.G., a child

Grand Forks County Social Services, Petitioner and Appellee

v.

A.R.G., a child, C.H., Sr., biological father, 

A.G., legal father, Respondents

and

F.R.O., mother, Respondent and Appellant

No. 20180174

Appeal from the Juvenile Court of Grand Forks County, Northeast Central Judicial District, the Honorable Lolita G. Hartl Romanick, Judge.

AFFIRMED.

Per Curiam.

Jacqueline A. Gaddie, Assistant State’s Attorney, Grand Forks, ND, for petitioner and appellee; submitted on brief.

Darla J. Schuman, Grand Forks, ND, for respondent and appellant; submitted on brief.

Interest of M.S.H., C.H.H. & A.R.G.

Nos. 20180172, 20180173 & 20180174

Per Curiam.

[¶1] 
F.R.O. appealed from a juvenile court order terminating her parental rights to M.S.H., C.H.H., and A.R.G.  The juvenile court found the children are deprived, the conditions and causes of the deprivation are likely to continue, the children are suffering or will probably suffer serious harm in the future, and that reasonable efforts were made to keep the family together.  On appeal, the mother argues there was not clear and convincing evidence to support a termination of her parental rights.  We conclude the juvenile court’s findings are supported by clear and convincing evidence and are not clearly erroneous.  We summarily affirm under N.D.R.App.P. 35.1(a)(2).

[¶2] Gerald W. VandeWalle, C.J.

Jerod E. Tufte

Daniel J. Crothers

Lisa Fair McEvers

Steven Marquart, D.J.

[¶3] The Honorable Steven L. Marquart D. J., sitting in place of Jensen, J., disqualified.